IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID N. JAMES**                                                                                                    **PLAINTIFF**

v.                                        Case No. 4:22-CV-963-LPR

**DOES**                                                                                                                 **DEFENDANTS**

## ORDER

Plaintiff David N. James, in custody at the Lonoke County Detention Center, filed this lawsuit without the help of an attorney. (Docs. 1, 2, 5.) The Court screened Mr. James's Complaint, as supplemented, pursuant to the Prison Litigation Reform Act. (Doc. 6.) The Court informed Mr. James that his allegations, as currently pled, failed to state a claim on which relief may be granted. (*Id*.) The Court offered Mr. James the chance to cure the defects in his pleadings by allowing Mr. James to file a superseding amended complaint. (*Id*.) Instead of filing an amended complaint, Mr. James filed a Motion for Voluntary Dismissal. (Doc. 7.) Mr. James's Motion for Voluntary Dismissal (Doc. 7) is GRANTED. FED. R. CIV. P. 41(a). His claims are DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE