IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID N. JAMES**                                                                                    **PLAINTIFF**

v.                                                  Case No. 4:22-CV-963-LPR

**DOES**                                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff David N. James's Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE